CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 28 2009

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| STEPHEN G. BUTLER, Executor and Trustee Under Will of JOHN R. KOSIN, Deceased, | Civil Action No. 5:07CV00003 |
| Plaintiff, | |
| v. | **ORDER** |
| CYNTHIA KOSIN, ET AL., | By: Samuel G. Wilson United States District Judge |
| Defendants. | |

In accordance with the Memorandum Opinion entered today, it is **ORDERED** and **ADJUDGED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the Circuit Court for the City of Winchester, Virginia. The Clerk is hereby directed to mail a certified copy of this order to the clerk of the Circuit Court for the City of Winchester, Virginia.

ENTER: This January 28th, 2009.

_____
UNITED STATES DISTRICT JUDGE